SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
_____

THE MATTER OF THE PETION OF
JOSEPH S. BARONE,

                              Petitioner,

-against-

THE LAWYERS' FUND FOR CLIENT PROTECTION
OF THE STATE OF NEW YORK, TIMOTHY
O'SULLIVAN, in his official capacity as EXECUTIVE
DIRECTOR,

                              Respondents.
_____

**NOTICE OF APPEAL**
Index No.: 04983-18

Please take notice that the Petitioner here in hereby Appeals to the Appellate Division, 3RD Department, from the decision in order entered in this action on February 19, 2019.

Dated: March 4, 2019  
Conway, South Carolina

To:  
CLERK OF THE COURT  
ALBANY COUNTY COURT HOUSE  
ROOM 128  
16 EAGLE STREET  
ALBANY, NEW YORK 12207-1077  
518.471.4777

Cc to:  
ASSISTANT ATTORNEY GENERAL  
RICHARD L. RODGERS, ESQ.  
STATE OF NEW YORK  
OFFICE OF THE ATTORNEY GENERAL  
THE CAPITOL  
ALBANY, NEW YORK 12224-0341  
518.776.2165

JOSEPH S. BARONE  
Petitioner

By: _____  
Joseph S. Barone  
1227 16th Ave #321  
Conway, SC 29526

## CERTIFICATE OF SERVICE

I hereby certify that of the 4th day of MARCH, 2019, I served or caused to be served the following document

### NOTICE OF APPEAL

by placing TWO (2) copies to the Court, and ONE (1) copy with a self-addressed-prepaid envelope to be returned to me by U. S. Mail THREE (3) copies in total, addressed to:

CLERK OF THE COURT
ALBANY COUNTY COURT HOUSE
ROOM 128
16 EAGLE STREET
ALBANY, NEW YORK 12207-1077
518.471.4777

and by placing two (2) copies in the U. S. Mail, first class postage prepaid, addressed to:

ASSISTANT ATTORNEY GENERAL
RICHARD L. RODGERS, ESQ.
STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NEW YORK 12224-0341
518.776.2165

_____
Joseph Barone
Petitioner-Appellant, pro se