*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: July 2, 2020　　　　　　　　　　　　　　　529302

_____

In the Matter of JOSEPH BARONE,
　　　　　　　　Appellant,
　　v　　　　　　　　　　　　　　　　　　　　　DECISION AND ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　ON MOTION
LAWYERS FUND FOR CLIENT
PROTECTION,
　　　　　　　　Respondent.
_____

　　　Motion to vacate dismissal of appeal and for extension of time to perfect appeal.

　　　Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

　　　ORDERED that the motion is denied, without costs.

Garry, P.J., Lynch, Aarons and Colangelo, JJ., concur.

　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　*Robert D Mayberger* (signature)

　　　　　　　　　　　　　　Robert D. Mayberger
　　　　　　　　　　　　　　Clerk of the Court

Treasure

19-009701